UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

Nailah A. Harris,
Plaintiff,

v.                                              Civil Action No. _____

Virginia Commonwealth University Health System, et al.,
Defendants.

PLAINTIFF'S MOTION TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1404(a), Plaintiff, Nailah A. Harris, respectfully moves this Court to transfer this action from the Richmond Division to the Newport News Division of the United States District Court for the Eastern District of Virginia.

## I. INTRODUCTION

Plaintiff brings this motion to ensure a fair and impartial adjudication of her claims of discrimination, retaliation, and related causes of action. Due to the Defendants' extensive ties to the Richmond area, including professional, institutional, and community relationships, Plaintiff has a reasonable concern that her case cannot be heard without undue local influence.

## II. BASIS FOR TRANSFER

1. Extensive Local Ties and Networking
VCU Health System is a major employer and healthcare provider in the Richmond area, with deep connections in the legal, medical, and educational communities. Many potential jurors and court personnel may have direct or indirect affiliations with the Defendants.

2. Blacklisting and Local Employment Impact
Plaintiff has experienced professional blacklisting in the Richmond region as a result of Defendants' actions. This has significantly hindered her ability to secure comparable employment locally and has caused ongoing economic and reputational harm.

3. Impact on Plaintiff's Family

Plaintiff's children are enrolled in local Richmond-area schools. Given the Defendants' local influence, Plaintiff is concerned that her children's education and school environment could be indirectly affected by the publicity and community awareness surrounding this litigation.

4. Fairness and Avoidance of Undue Influence

Transferring this matter to the Newport News Division, which is reasonably accessible to all parties, would reduce the risk of bias or the appearance of bias and promote the integrity of the judicial process.

## III. LEGAL STANDARD

Under 28 U.S.C. § 1404(a), a district court may transfer any civil action to another division within the same district for the convenience of parties and witnesses and in the interest of justice. Courts consider factors including: (1) the convenience of witnesses; (2) the convenience of parties; and (3) the interest of justice.

Here, the interest of justice strongly supports transfer due to the likelihood of local bias and the need to preserve the appearance of impartiality.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court transfer the venue of this matter from the Richmond Division to the Newport News Division of the United States District Court for the Eastern District of Virginia.

Respectfully submitted,

Date: August 12, 2025

/s/ Nailah A. Harris
Nailah A. Harris
8020 Ellendale Drive
Mechanicsville, VA 23116
(804) 466-0522
Email: Nailah.HarrisBSN@outlook.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

Newport News DIVISION


NAILAH HARRIS,

Plaintiff,

v.

Civil Action No. _____


VIRGINIA COMMONWEALTH UNIVERSITY HEALTH SYSTEM AUTHORITY (VCUHS),

Defendant.

---

# NOTICE OF FILING OF LITIGATION HOLD DEMAND

Plaintiff, Nailah Harris, hereby gives notice to the Court that she has served the attached Litigation Hold Demand (Exhibit 6) upon Defendant's counsel, Joan C. McKenna, Esq., O'Hagan Meyer, Richmond, Virginia.

The Litigation Hold Demand directs preservation of all potentially relevant evidence, including but not limited to personnel, benefits, grievance, VEC reporting, and electronically stored information, in connection with Plaintiff's claims of discrimination, retaliation, wrongful termination, and interference with protected rights under the ADA and ERISA.

---

1

Respectfully submitted,

/s/ Nailah Harris
Pro Se Plaintiff
8020 Ellendale Drive
Mechanicsville, VA 23116
Tel: (804) 466-0522
Email: Nailah.HarrisBSN@outlook.com

---

Exhibit B: Litigation Hold Demand Letter dated August 12, 2025